# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE YUN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JEFFREY A. BEARD,<br><br>　　　　　　Respondent. | Case No. CV 15-04013 AG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) petitioner's Request for Leave to Amend Petition is denied.

DATED: December 31, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE