# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE YUN,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>JEFFREY A. BEARD,<br><br>　　　　　　Respondent. | Case No. CV 15-04013 AG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. Petitioner's objections are overruled.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation is accepted and adopted; (2) petitioner's request for an evidentiary hearing is denied; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: July 30, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE