# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE YUN,<br><br>        Petitioner,<br>   v.<br><br>JEFFREY A. BEARD,<br><br>        Respondent. | Case No. CV 15-04013 AG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 30, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE